## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| AVERY DENNISON CORPORATION | ) |
| | ) |
| Plaintiff, | )  Civil Action No. 1:07-cv-01268 |
| | ) |
| v. | ) |
| | )  JUDGE KATHLEEN M. O'MALLEY |
| TORAY INTERNATIONAL, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

### AVERY DENNISON'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Avery Dennison

Corporation dismisses the action referenced above WITHOUT PREJUDICE.

Dated:  December 31, 2008

Respectfully submitted,

s/Todd R. Tucker
Jay R. Campbell
Todd R. Tucker
Kyle B. Fleming
Joshua M. Ryland
Mark C. Johnson
RENNER, OTTO, BOISSELLE & SKLAR
1621 Euclid Avenue
Nineteenth Floor
Cleveland, Ohio 44115
Telephone:  (216) 621-1113
Facsimile:   (216) 621-6165

*Attorneys for Avery Dennison Corporation*

GRANTED: ✓

DENIED:

Kathleen M. O'Malley
U.S. District Judge
1-14-09